IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

DYNAMIS, INC.,

    Plaintiff,

v.

DYNAMIS.COM, an Internet domain name,

    Defendant.

Case No. 1:11-cv-143

FILED
MAY - 5 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff Dynamis, Inc. ("Dynamis"), by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, respectfully requests that this Court dismiss the above-captioned action without prejudice.

Date: May 5, 2011

Respectfully submitted,

/s/ CHRISTINE P. HSU
Christine P. Hsu, Esq. (VA Bar No. 80496)
Thomas G. Southard, Esq. (*pro hac vice*)
SHULMAN, ROGERS, GANDAL, PORDY
  & ECKER, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854
(301) 230-5200 (telephone)
(301) 230-2891 (fax)

*Counsel for Plaintiff Dynamis, Inc.*

So Ordered

/s/ 5/5/11
T. S. Ellis, III
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing and a copy of the Notification of Electronic Filing were sent to the following non-user by First Class Mail:

Rudi Brenner
BBTT Brenner Beratung & Training
Sihleggstrasse 23
8832 Wollerau
Switzerland

By: /s/ Christine P. Hsu
    Christine P. Hsu (VA Bar No. 80496)
SHULMAN, ROGERS, GANDAL, PORDY
  & ECKER, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854
(301) 230-5200 (telephone)
(301) 230-2891 (fax)
thsu@shulmanrogers.com

*Counsel for Plaintiff Dynamis, Inc.*